O

# United States District Court
# Central District of California

| | |
|---|---|
| JAIME MEMBRENO; NABB I-AM,<br><br>Plaintiffs,<br><br>v.<br><br>FU WEI; HA HUYNH; FU WEI & HA HYUNH FAMILY LIVING TRUST; FIRST AMERICAN TITLE; SAM S. LESLIE; 360 CONCEPTS PROPERTY MANAGEMENT; WILL ALLEN; A&A ESCROW SERVICES; DIMITROW TAMAR,<br><br>Defendants. | Case № 2:15-cv-06322-ODW (RAO)<br><br>**ORDER DENYING DEFENDANT'S REQUESTS TO DISMISS [9 & 10]** |

On September 8, 2015, Defendants A&A Escrow Services and Dimitrow Tamar filed a Motion to Dismiss. (ECF No. 8.) Defendants concurrently filed two Requests for Judicial Notice in support of the Motion, which were erroneously labeled "Requests to Dismiss the Case as Frivolous." (ECF Nos. 9, 10.) The Court will consider the Requests for Judicial Notice in connection with the pending Motion, but for docketing and calendaring purposes, the Court **DENIES** the two "Requests to Dismiss" insofar as the documents attached are not actually substantive requests to dismiss the case. Defendants' Motion to Dismiss (ECF No. 8), as well as Defendant Sam S. Leslie's Motion to Dismiss (ECF No. 11), will remain on calendar as currently noticed. Defendants do not need to take further action with respect to this Order.

**IT IS SO ORDERED.**

September 9, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**