**O**

# United States District Court
# Central District of California

| | |
|---|---|
| JAIME MEMBRENO; NABB I-AM,<br><br>          Plaintiffs,<br><br>      v.<br><br>FU WEI; HA HUYNH; FU WEI & HA HYUNH FAMILY LIVING TRUST; FIRST AMERICAN TITLE; SAM S. LESLIE; 360 CONCEPTS PROPERTY MANAGEMENT; WILL ALLEN; A&A ESCROW SERVICES; DIMITROW TAMAR,<br><br>          Defendants. | Case № 2:15-cv-06322-ODW (RAO)<br><br>**ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS [8, 11, 16]** |

On September 8, 2015, Defendants A&A Escrow Services and Dimitrow Tamar filed a Motion to Dismiss.  (ECF No. 8.)  On that same date, Defendant Sam S. Leslie filed a separate Motion to Dismiss.   (ECF No. 11.)   On September 10, 2015, Defendants Fu Wei, Ha Huynh Wei, Concept 360 Property Management, and Will Allen also filed a Motion to Dismiss (ECF No. 16), to which Defendant First American Title Insurance Company joined.  (ECF No. 20.)

On September 22, 2015, the Court dismissed Plaintiffs Jaime Memreno and Nabb I-Am's Complaint sua sponte with leave to amend.  (ECF No. 22.)   Thus, Defendants' Motions to Dismiss are **DENIED** as moot, and without prejudice to refiling the motions after Plaintiffs file a First Amended Complaint.  (ECF Nos. 8, 11, 16.)

**IT IS SO ORDERED.**

September 22, 2015

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**