# United States District Court
# Central District of California

| | |
|---|---|
| JAIME MEMBRENO; NABB I-AM,<br><br>  Plaintiffs,<br><br>  v.<br><br>FU WEI; HA HUYNH; FU WEI & HA HYUNH FAMILY LIVING TRUST; FIRST AMERICAN TITLE; SAM S. LESLIE; 360 CONCEPTS PROPERTY MANAGEMENT; WILL ALLEN; A&A ESCROW SERVICES; DIMITROW TAMAR,<br><br>  Defendants. | Case № 2:15-cv-06322-ODW (RAO)<br><br>**ORDER TO SHOW CAUSE** |

On September 22, 2015, the Court dismissed Plaintiffs Jaime Membreno and Nabb I-Am's Complaint with leave to amend, and directed Plaintiffs to file an amended complaint within fourteen days. (ECF No. 22.)

As of the date of this Order, Plaintiffs have not filed a First Amended Complaint or otherwise indicated that they intend to do so. Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE**, in writing, **no later than Thursday, October 22, 2015**, why this action should not be dismissed for failure to prosecute and for failure

to obey Court orders. Fed. R. Civ. P. 41(b). No hearing will be held. Plaintiffs may file one of the following in response to this Order:

    (1) A First Amended Complaint that cures the deficiencies in the original Complaint;

    (2) An explanation as to why Plaintiffs have not filed a First Amended Complaint, including a date by which Plaintiffs anticipate filing a First Amended Complaint; or

    (3) A request to dismiss the action that complies with Rule 41 of the Federal Rules of Civil Procedure.

**Plaintiffs are once again cautioned that their failure to file a timely and acceptable response to this Order will result in the action being dismissed in its entirety without further notice from the Court.**

**IT IS SO ORDERED.**

October 14, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**