O

# United States District Court
# Central District of California

| | |
|---|---|
| JAIME MEMBRENO; and NABB I-AM,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FU WEI; HA HUYNH; FU WEI & HA HUYNH FAMILY LIVING TRUST; FIRST AMERICAN TITLE; SAM S. LESLIE; 360 CONCEPTS PROPERTY MANAGEMENT; WILL ALLEN; A & A ESCROW SERVICES; and DIMITROW TAMAR,<br><br>　　　　　　Defendants. | Case № 2:15-cv-06322-ODW (RAOx)<br><br>**ORDER GRANTING IN PART PLAINTIFFS' EX PARTE APPLICATION [30]** |

/ / /

/ / /

/ / /

On November 4, 2015, the Court ordered Plaintiffs Jaime Membreno and Nabb I-Am to file a First Amended Complaint on or before November 26, 2015. (ECF No. 29.) On November 30, 2015, Plaintiffs Jaime Membreno and Nabb I-Am filed an ex parte application seeking an extension of time in which to file their First Amended Complaint. (ECF No. 30.) The next day, Plaintiffs filed their First Amended Complaint. (ECF No. 33.) The Court hereby accepts Plaintiffs' First Amended Complaint for docketing purposes, and **GRANTS** Plaintiffs' ex parte application to that extent. However, the Court expresses no opinion at this point on the merits of the claims asserted in the First Amended Complaint, including whether or not the filing complies with the Court's prior orders.

Defendants' response to the First Amended Complaint is due fourteen days from the date of this Order.

**IT IS SO ORDERED.**

December 14, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**